UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | GOVERNMENT'S |
| -v- | : FORFEITURE BILL |
| | OF PARTICULARS |
| JOHN B. OHLE, III, and | : |
| WILLIAM E. BRADLEY, | 08 CR 1109 (LBS) |
| | : |
| **Defendants.** | |
| | : |

------------------------------ x

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the United States respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Count Five of the Indictment as alleged in the Forfeiture Allegation, includes the following:

a. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1940 Chestnut Avenue, Wilmette, Illinois 60091, more particularly described as the single-family home owned by JOHN B. OHLE III ("OHLE");

b. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 837 Royal Street, Unit K, New Orleans, Louisiana 70116, more particularly described as a condominium owned and controlled by OHLE and titled in the name of Dalton-Ohle Investment Property Trust;

c. One 2001 Upper Deck SP Legendary Cuts Player Cap Anson Baseball Card;

d. Five PSA 10 2001 SP Authentic Tiger Woods Cards, more particularly described as: Sign of the Times Gold, numbered to 25; Rookie Card number 45 Gold Parallel, numbered to 100; Rookie Card number 45, numbered to 900; Tour Swatch; and Tour Swatch Gold, numbered to 25;

e. All United States currency funds or other monetary instruments credited to account number 9006623694 in OHLE's name at Hibernia National Bank, New Orleans, Louisiana; and

f. All United States currency, funds, and other monetary instruments credited to account number 5040000308 in the name of OHLE and his wife at MB Financial Bank, Chicago, Illinois.

Dated: New York, New York
December 17, 2008

Respectfully Submitted,

LEV L. DASSIN
Acting United States Attorney

By: _____
Stanley U. Okula, Jr.
Assistant United States Attorney
Telephone: (212) 637-1585