UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

UNITED STATES OF AMERICA :

    -v- :
                                                                                            SUPPLEMENTAL
JOHN B. OHLE III, and : POST-INDICTMENT
WILLIAM E. BRADLEY, RESTRAINING ORDER
                                                                                            PURSUANT TO
                                                                                            21 U.S.C. § 853(e)(1)(A)
            Defendants. :

                                                                                            S1 08 CR 1109 (LBS)
-------------------------------- x

Upon the Indictment, the application of LEV L. DASSIN, Acting United States Attorney for the Southern District of New York, by Stanley J. Okula, Jr., Assistant United States Attorney, pursuant to 21 U.S.C. § 853(e)(1)(A), and the Affidavit of Special Agent Shawn A. Chandler, executed on January 26, 2009, and all papers submitted in support thereof,

**IT IS HEREBY ORDERED** that:

i.    JOHN B. OHLE III, one of the defendants ("OHLE or "the defendant"); and

ii.    All attorneys and the other persons and entities acting for or in concert with OHLE, and businesses and/or entities having actual knowledge of this Order;

Shall not take any action prohibited by this Order;

**IT IS FURTHER ORDERED** that the defendant, his attorneys, agents, employees, and anyone acting on their behalf, and all persons or entities acting in concert or

participation with any of the above, all of the above financial institutions, and all persons and entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture. The property and other interests restrained include, but are not limited to, the following:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1940 Chestnut Avenue, Wilmette, Illinois 60091, more particularly described as a single-family home owned by OHLE;

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 837 Royal Street, Unit K, New Orleans, Louisiana 70116, more particularly described as a condominium owned and controlled by OHLE and titled in the name of Dalton-Ohle Investment Property Trust;

3. All United States currency funds or other monetary instruments credited to account number 9006623694 in OHLE's name at Hibernia National Bank, New Orleans, Louisiana;

4. All United States currency funds or other monetary instruments credited to account number 5040000308 in OHLE's name at MB Financial Bank;

5. One 2001 Upper Deck SP Legendary Cuts Player Cap Anson Baseball Card;

6. Five PSA 10 2001 SP Authentic Tiger Woods Cards, more particularly described as: Signs of the Times Gold, numbered to 25; Rookie Card number 45 Gold Parallel, numbered to 100; Rookie Card number 45, numbered to 900; Tour Swatch; and Tour Swatch Gold, numbered to 25;

7. 1933 R338 Goudey "Sports Kings" #4 Red Grange PSA 7;

8. 1948 and 1960 Philadelphia Eagles Championship Programs and Tickets;

9. One 1951 Chicago Bears Autograph Book;

10. 1968 Football Topps Test Team Sets (25);

11. One 2000 Oklahoma Sooners Signed Helmet;

12. Walter Payton Signed Football Cards (6);

13. "Pistol Pete" Maravich Signed Sports Illustrated Cover;

14. 1971-1972 Topps Basketball Trios Stickers Complete Sets (26);

15. 1985 Star Basketball Bagged Team Sets (8);

16. One "Pistol Pete" Maravich Signed 8x10 Photo;

17. 1984 Star Co. Basketball Sets (3) with Michael Jordan;

18. 1880's N78 Duke "Histories of Generals" Booklets (17);

19. Gen. Robert E. Lee & Traveler in Original Box;

20. Chicago Cubs Portraits Collection (22) by Andy Jurinko;

21. One 1961 Roger Maris 61st Home Run Ticket Stub;

22. Paul Waner Single Signature Baseball;

23. Burleigh Grimes & Edd Roush Signed Portrait Baseballs;

24. 1948 Leaf Boxing PSA 8 Group with Joe Louis (22);

25. 1951 Topps Ringside #43 Ray Robinson PSA 8;

26. Muhammad Ali Fight Tickets (3);

27. 1976 Ali vs Young Fight Program;

28. 1976 Muhammad Ali vs Richard Dunn Full Ticket;

29. 1977 Ali vs Shavers Fight Program & Full Ticket;

30. Joe DiMaggio Painted and Signed Home Plate;

31. Oversized Dr. Seuss Signed Original "Cat in the Hat" Drawing;

32. "Mushmouth" Fat Albert Animation Cel Signed by Bill Cosby;

33. Ted Knight's "Judge Smails" Captains Hat From "Caddy Shack";

34. Batman Movie Prop Badge;

35. George Bush Limited Edition Signed Yale Baseball Jersey;

36. Chicago Cubs Sign;

37. George Mikan's 50 Greatest Players Signed Lithograph;

38. Julius Erving Game Worn Shoes;

39. Karl Malone Game Used Road Jersey;

40. Shaquille O'Neal Game Used Home Jersey;

41. Complete Run of Original Super Bowl Tickets (1-35);

42. 1979-80 "Pistol Pete" Maravich Boston Celtics Game-Worn Warmup Jacket;

43. 1982 Final Four Full Tickets (2);

44. The Ultimate Mickey Mantle Single Signed Stat McPhail Ball;

45. 1965 Very Rare Ali-Liston Stepin Fetchit Program;

46. 1973 Muhammad Ali Broken Jaw X-Ray Signed by Ali and Norton;

47. Muhammad Ali's Personal Ticket to Ali-London Fight;

48. Payne Stewart-Worn Cap, Knickers and Socks with Copy of a Letter from His Wife;

49. Early 1990s Andre Dawson Autographed Game-Used Bat;

50. 1998 Mark Grace Chicago Cubs Game-Used and Signed Bat with Team Letter;

51. Negro Leagues Single Signed Baseballs (8);

52. 1975 Muhammad Ali vs Chuck Wepner Fight-Worn Shoes;

53. Late 1950s Bob Cousy Boston Celtics Game-Used Home Durene Jersey;

54. 1992-93 Larry Johnson Charlotte Hornets Game-Used Road Mesh;

55. Jersey & 1992-93 Alonzo Mourning Game-Used Home Mesh Rookie Jersey (2);

56. 1994-95 Karl Malone Utah Jazz Game-Used Home Mesh Jersey;

57. 1994-95 John Stockton Utah Jazz Game-Used Home Mesh Jersey;

58. 1955 Harry Gallatin All-Star Game Uniform;

59. Late 1970s George Gervin San Antonio Spurs Game-Used Home Mesh Jersey;

60. 1986 Artis Gilmore All-Star Game-Used Uniform;

61. Circa 1970 Elvin Hayes San Diego Rockets Game-Used Home Durene Jersey (Very Rare);

62. Early 1980s Alex English Denver Nuggets Game-Used Home Jersey;

63. Late 1950s Slater Martin St. Louis Hawks Game-Used Home Jersey;

64. 1994-95 Jason Kidd Dallas Mavericks Game-Used Home Rookie Jersey;

65. Circa 1968 Cliff Hagan Dallas Chaparrals ABA Game-Used Home Jersey;

66. 2002 Donté Stallworth New Orleans Saints Game-Used Black Mesh Jersey;

67. Late 1980s Emmitt Smith Florida Gators Game-Used Helmet;

68. 1968 Gaylord Perry San Francisco Giants Game-Used Road Flannel Jersey;

69. 7/28/91 Dennis Martinez Signed "Perfect Game" Game Ball (PSA/DNA);

70. Various sports cards, stickers, and other items purchased from Roger Rumsey of New England Sports Cards, for $18,150 on or about November 4, 2004, pursuant to invoices dated 08/23/04, 09/16/04, and 09/21/04.;

71. 1999 Sammy Sosa Complete Run of Unused Home Run Tickets;

72. 1933 Gridiron Football Coin-Op Machine;

73. 1941 and 1943 Chicago Bears NFL Championship Game Programs (2);

74. 1950's "Fighting Irish" Pinball Game;

75. 1983 through 1986 Star Co. Basketball Card Complete Set Collection (36);

76. Cassius Clay Signed 1960 Olympic Program;

77. 1964 Clay vs Liston First Fight Site Program;

78. 1965-1978 Muhammad Ali Fight Program Collection (7);

79. 1972 Ali vs Patterson Fight Worn Trunks;

80. Muhammad Ali Fight Worn Robe from the Thrilla in Manilla;

81. Jimmie Foxx Single Signature Baseball;

82. Tris Speaker Single Signed Baseball;

83. "Superb" Mark McGwire Autographed Baseball Hoard (27);

84. Chicago White Sox Portraits Collection (21) by Andy Jurinko;

85. William Wrigley Autographed Photo;

86. 1930's "Charlie Grimm's Cubs" Portrait Pennant;

87. 1948 Charlie Grimm Chicago Cubs Complete Uniform;

88. Pre-1916 Eddie Collins Side-written Game Used Bat;

89. 1920's Ki Ki Cuyler Game Used Bat;

90. 1916-20 Ty Cobb Game Used Bat;

91. 1950's Williams "Lucky Inning" Pinball Game;

92. "Spectacular" 1957 Williams Deluxe "Official Baseball" Pinball Machine;

93. Negro League Old Timers Signed Jersey, Bat, and Poster;

94. 1991 Score Mickey Mantle Autographed PSA-Graded Proof Set (7);

95. High Grade 1951 Topps Ringside Boxing Near Set (82/96);

96. Mickey Mantle Signed Replica Jersey;

97. 1938 World Series Signed Team Ball;

98. Roberto Clemente Single Signature Ball;

99. 1965-68 Pete Rose Game Used Bat;

100. Early 1980's George Brett Louisville Slugger Signed Game Used Bat;

101. 1984 Mike Schmidt Home Run Game Bat;

102. "Unbelievable" Willie Mays Game Used Sunglasses;

103. 2 1987T FB Vending Boxes;

104. 96 1983T FB Cello Packs;

105. 1980T FB Wax Rack Pack;

106. 1973T FB Vending Box;

107. 1978T FB Vending Box;

108. 1985T FB Grousey Rack Box;

109. 3 1981T FB Rack Packs;

110. Complete 1962 Topps FB Set GPA 7.90;

111. Complete 1972 PSA Hockey Set GPA 8.32;

112. Various Superior Sports Auction Spring Items, purchased from "The Football Card Store" for $14,035.60, pursuant to invoice #3722;

113. Approximately 26 sports cards purchased in August 2005 for $31,864.00 from "The Football Card Store," pursuant to invoices #3746, 3747, and 3748;

114. 1964 Philadelphia Football Set, pursuant to invoice 3776;

115. Sports cards and other items purchased for $5,000 in or about September 2007 from "The Football Card Store" pursuant to invoices #6019 and 6016;

116. Sports cards and other items purchased from Mint State Inc. for $32,000 in or about March 2002 pursuant to invoices #188 and 189;

117. Sports cards and other items purchased from Mint State Inc. for $24,000 in or about April 2002 pursuant to invoices #240;

118. Sports cards and other items purchased from Mint State Inc. for $37,750 in or about August 2003 pursuant to invoices #1362, 1398, and 1401;

119. Sports cards and other items purchased in April and May 2004, from Mint State Inc. for $20,000 pursuant to invoice #1737;

120. Sports cards and other items purchased from Mint State Inc. for $69,000 in or about March 2005 pursuant to invoices #2672, 2684, 2686, and 2711;

121. Sports cards and other items purchased from Mint State Inc. for $8,938 in or about May 2005 pursuant to invoice #2720;

122. Sports cards and other items purchased from Mint State Inc. for $10,000 in or about January 2006 pursuant to invoices #3597 and 3600;

123. Sports cards and other items purchased from Mint State Inc. for $30,000 in or about April 2006 pursuant to invoice #3947; and

124. Sports cards and other items purchased from Mint State Inc. for $7,842 in or about August 2006 pursuant to invoices #4264 and 4270.

**IT IS HEREBY ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of asset, properties, and interests restrained herein;

The institutions listed in this Order where the defendants maintained assets or accounts may contact the following Assistant United States Attorneys to clarify the scope of this Order: Assistant United States Attorney Sharon Frase, Telephone Number (212) 637-2329, and Assistant United States Attorney Stanley J. Okula, Jr., Telephone Number (212) 637-1585. Those institutions will not be deemed in violation of this Order for any

transactions undertaken upon oral approval by the aforementioned Assistant United States Attorneys.

**IT IS FURTHER ORDERED** that, upon request by the Government, the above identified financial institutions shall identify the account name(s), account number(s), and signatories for the restrained accounts and provide the Government with monthly statements of the restrained accounts and the balances in the accounts; and

**IT IS FURTHER ORDERED** that any financial institution named herein shall accept service of this Order by facsimile transmission provided that an original hard copy is thereafter served by regular mail; and

**IT IS HEREBY FURTHER ORDERED** that JOHN B. OHLE III, and anyone acting on his behalf, and all persons or entities in active concert or participation with any of the above, shall (i) maintain the Restrained Properties in order to preserve their current market value, normal wear and tear excepted. The term "maintain" shall include, but not be limited to, keeping the Restrained Properties free of hazard and structural defects; keeping all heating, air conditioning, plumbing, electrical, gas, oil, and other power facilities in good working condition and repair; keeping the Restrained Properties clean and performing necessary sanitation and waste removal; and keeping the Restrained Properties in good condition by providing for ordinary and necessary items of routine maintenance; (ii) maintain insurance policies on the Restrained Properties, including a standard policy covering replacement cost and policies covering liability to persons injured on the Property; (iii) make

timely payments to the appropriate institution(s) concerning the Restrained Properties that are a current and continuous obligation regarding mortgage payments, home equity loan payments, utility payments, property tax payments, any levies by municipal authorities and such other obligations otherwise necessary and, if any such payments are delinquent, to immediately cure such delinquency; and (iv) not use or permit the Restrained Properties to be used in any manner that would invalidate insurance on the property or diminish the value of the Restrained Properties, neither shall they cause any alteration to the Restrained Properties without the prior written consent of the United States Marshals Service;

**IT IS HEREBY FURTHER ORDERED** that service of a copy of this Order shall be made on the attorney for JOHN B. OHLE III by facsimile or regular mail within two business days following the filing of this Restraining Order.

Dated:   New York, New York
         January ___, 2009

SO ORDERED:

_____
HONORABLE LEONARD B. SAND
United States District Judge