PREET BHARARA
United States Attorney for the
Southern District of New York
By: SARAH KRISSOFF
Assistant United States Attorney
One St. Andrews Plaza
New York, New York 10007
Tel.: (212) 637-2232

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
UNITED STATES OF AMERICA,       :
                                :    DECLARATION OF PUBLICATION
     -v-                        :
                                :    S3 08 CR 1109 (JSR)
JOHN B. OHLE III, and            :
WILLIAM E. BRADLEY,             :
                                :
          Defendants.           :
                                :
-------------------------------x

       I, SARAH KRISSOFF, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

       That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

       That attached to this declaration are (1) a true and correct copy of a notice of criminal forfeiture in this action, (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 11, 2011 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
       January 24, 2012

                                          _____/s/_____
                                          SARAH KRISSOFF

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: 08 CR. 1109 (LBS); NOTICE OF FORFEITURE

Notice is hereby given that on September 27, 2010, in the case of <u>U.S. v. John B. Ohle III</u>, Court Case Number 08 CR. 1109 (LBS), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located 1940 Chestnut Avenue, Wilmette, Illinois 60091, more particularly described as a single-family home owned by OHLE (09-IRS-000148)

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 837 Royal Street, Unit K, New Orleans, Louisiana 70116 (09-IRS-000149)

All United States currency funds or other monetary instruments credited to account number 9006623694 in OHLEs name at Hibernia National Bank, New Orleans, Louisiana (09-IRS-000150)

All United States currency funds or other monetary instruments credited to account number 5040000308 in OHLEs name at MB Financial Bank (09-IRS-000151)

One 2001 Upper Deck SP Legendary Cuts Player Cap Anson Baseball Card;

Five PSA 10 2001 SP Authentic Tiger Woods Cards;

One 1933 R338 Goudey Sports Kings #4 Red Grange PSA 7;

1948 and 1960 Philadelphia Eagles Championship Programs and Tickets;

One 1951 Chicago Bears Autograph Book;

One 1968 Football Topps Test Team Sets (25);

One 2000 Oklahoma Sooners Signed Helmet;

Walter Payton Signed Football Cards (6);

One Pistol Pete Maravich Signed Sports Illustrated Cover;

1971-1972 Topps Basketball Trios Stickers Complete Sets (26);

1985 Star Basketball Bagged Team Sets (8);

One Pistol Pete Maravich Signed 8x10 Photo;

1984 Star Co. Basketball Sets (3) with Michael Jordan;

1880's N78 Duke Histories of Generals Booklets (17);

Gen. Robert E. Lee & Traveler in Original Box;

Chicago Cubs Portraits Collection (22) by Andy Jurinko;

One 1961 Roger Maris 61st Home Run Ticket Stub;

One Paul Waner Single Signature Baseball;

Burleigh Grimes and Edd Roush Signed Portrait Baseballs;

1948 Leaf Boxing PSA 8 Group with Joe Louis (22);

1951 Topps Ringside #43 Ray Robinson PSA (8);

Muhammad Ali Fight Tickets (3);

One 1976 Ali vs Young Fight Program;

One 1976 Muhammad Ali vs Richard Dunn Full Ticket

One 1977 Ali vs Shavers Fight Program & Full Ticket;

One Joe DiMaggio Painted and Signed Home Plate;

One George Bush Limited Edition Signed Yale Baseball Jersey;

One  Chicago Cubs Sign;

One George Mikan's 50 Greatest Players Signed Lithograph;

One Julius Erving Game Worn Shoes;

One Karl Malone Game Used Road Jersey;

One Shaquille O'Neal Game Used Home Jersey;

One Complete Run of Original Super Bowl Tickets (1-35);

One 1979-80 Pistol Pete Maravich Boston Celtics Game -Worn Warm-up Jacket;

One 1982 Final Four Full Tickets (2);

One The Ultimate Mickey Mantle Single Signed Stat McPh ail Ball;

One 1965 Very Rare Ali-Liston Stepin Fetchit Program;

One 1973 Muhammad Ali Broken Jaw X-Ray Signed by Ali and Norton;

One Muhammad Ali's Personal Ticket to Ali-London Fight;

One Payne Stewart-Worn Cap, Knickers and Socks with Copy of a Letter from His Wife;

One Early 1990s Andre Dawson Autographed Game-Used Bat ;
One 1998 Mark Grace Chicago Cubs Game-Used and Signed Bat with Team Letter;

Negro Leagues Single Signed Baseballs (8);

One 1975 Muhammad Ali vs Chuck Wepner Fight-Worn Shoes;

One Late 1950s Bob Cousy Boston Celtics Game-Used Home Durene Jersey;

One 1992-93 Larry Johnson Charlotte Hornets Game-Used Road Mesh;

Jersey & 1992-93 Alonzo Mourning Game-Used Home Mesh Rookie Jersey (2);

One 1994-95 Karl Malone Utah Jazz Game-Used Home Mesh Jersey;

One 1994-95 John Stockton Utah Jazz Game-Used Home Mesh Jersey;

One 1955 Harry Gallatin All-Star Game Uniform;

One Late 1970s George Gervin San Antonio Spurs Game-Used Home Mesh Jersey;

One 1986 Artis Gilmore All-Star Game-Used Uniform;

One Circa 1970 Elvin Hayes San Diego Rockets Game-Used Home Durene Jersey (Very Rare);

One Early 1980s Alex English Denver Nuggets Game-Used Home Jersey;

One Late 1950s Slater Martin St. Louis Hawks Game-Used Home Jersey;

One 1994-95 Jason Kidd Dallas Mavericks Game-Used Home Rookie Jersey;

One Circa 1968 Cliff Hagan Dallas Chaparrals ABA Game-Used Home Jersey;

One 2002 Donte Stallworth New Orleans Saints Game-Used Black Mesh Jersey;

One Late 1980s Emmitt Smith Florida Gators Game-Used Helmet;

One 1968 Gaylord Perry San Francisco Giants Game-Used Road Flannel Jersey;

One 7/28/91 Dennis Martinez Signed Perfect Game Game Ball (PSA/DNA);

Various TOPPS, and TOPP stickers, and other items purchased from Roger Rumsey of New England;

One 1999 Sammy Sosa Complete Run of Unused Home Run Tickets;

One 1933 Gridiron Football Coin-Op Machine;

1941 and 1943 Chicago Bears NFL Championship Game Programs (2);

One 1950's Fighting Irish Pinball Game;

1983 through 1986 Star Co. Basketball Card Complete Set Collection (36);

One Cassius Clay Signed 1960 Olympic Program;

One 1964 Clay vs Liston First Fight Site Program;

1965-1978 Muhammad Ali Fight Program Collection (7);

One 1972 Ali vs Patterson Fight Worn Trunks;

One Muhammad Ali Fight Worn Robe from the Thrillain M;

One Jimmie Foxx Single Signature Baseball;

One Tris Speaker Single Signed Baseball;

One Superb Mark McGwire Autographed Baseball Hoard;

Chicago White Sox Portraits Collection (21);

One William Wrigley Autographed Photo;

One 1930's Charlie Grimm's Cubs Portrait Pennant;

One 1948 Charlie Grimm Chicago Cubs Complete Uniform;

One Pre-1916 Eddie Collins Side-written Game Used Bat;

One 1920's Ki Ki Cuyler Game Used Bat;

One 1916-20 Ty Cobb Game Used Bat;

One 1950's Williams Lucky Inning Pinball Game;

One Spectacular 1957 Williams Deluxe Official Baseball Pinball Machine;

One Negro League Old Timers Signed Jersey, Bat, and Poster;

One  1991 Score Mickey Mantle Autographed PSA-Graded Proof Set (7);

High Grade 1951 Topps Ringside Boxing Gear Set (82);

One  Mickey Mantle Signed Replica Jersey;

One  1938 World Series Signed Team Ball;

One  Roberto Clemente Single Signature Ball;

One  1965-68 Pete Rose Game Used Bat;

One  Early 1980's George Brett Louisville Slugger Signed Gane Used Bat;

One  1984 Mike Schmidt Home Run Game Bat;

One  Unbelievable Willie Mays Game Used Sunglasses;

2 1987T FB Vending Boxes;

96 1983T FB Cello Packs;

One  1980T FB Wax Rack Pack;

One  1973T FB Vending Box;

One  1978T FB Vending Box;

One  1985T FB  Grousey Rack Box;

Three 1981T FB Rack Packs;

One  Complete 1962 Topps FB Set GPA 7.90;

One  Complete 1972 PSA Hockey Set GPA 8.32;

Various Superior Sports Auction Spring Items, purchased from The Football Card Store for $14,035.60, pursuant to invoice #3722;

Approximately 26 sports cards purchased in August 2005 for $31,864.00 from The Football Card Store,pursuant to invoices #3746, 3747, and 3748;

1964 Philadelphia Set;

Sports cards and other items purchased for $5,000 in or about September 2007 from The Football Card Store pursuant to invoices #6019 and 6016;

Sports cards and other items purchased from Mint State Inc. for $32,000 in or about March 2002 pursuant to invoices #188 and 189;

Sports cards and other items purchased from Mint State Inc. for $24,000 in or about April 2002 pursuant to invoices #240

Sports cards and other items purchased from Mint State Inc. for $37,500 in or about August 2003 pursuant to invoices #1362, 1398, and 1401;

Sports cards and other items purchased in April and May 2004, from Mint State Inc. for $20,000 pursuant to invoice #1737;

Sports cards and other items purchased from Mint State Inc. for $69,000 in or about March 2005 pursuant to invoices #2672, 2684, 2686, and 2711;

Sports cards and other items purchased from Mint State Inc. for $8,938 in or about May 2005 pursuant to invoice #2720;

Sports cards and other items purchased from Mint State Inc. for $10,000 in or about January 2006 pursuant to invoices #3597 and 3600;

Sports cards and other items purchased from Mint State Inc. for $30,000 in or about April 2006 pursuant to invoice # 3947; and

Sports cards and other items purchased from Mint State Inc. for $7,842 in or about August 2006 pursuant to invoice #4264.

Various Motion Picture Memorabilia (09-IRS-000153), including the following items:

One Oversized Dr. Seuss Signed Original Cat in the Hat Drawing;

One Mushmouth Fat Albert Animation Cel Signed by Bill;

One Ted Knight's Judge Smails Captains Hat from Caddy Shack; and

One Batman Movie Prop Badge

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 11, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Sarah Krissoff, One St. Andrew's Plaza, New York, NY  10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited

property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 11, 2011 and April 10, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. John B. Ohle III

**Court Case No:**     08 CR. 1109 (LBS)
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/11/2011 | 24.0 | Verified |
| 2 | 03/12/2011 | 24.0 | Verified |
| 3 | 03/13/2011 | 24.0 | Verified |
| 4 | 03/14/2011 | 24.0 | Verified |
| 5 | 03/15/2011 | 24.0 | Verified |
| 6 | 03/16/2011 | 24.0 | Verified |
| 7 | 03/17/2011 | 24.0 | Verified |
| 8 | 03/18/2011 | 24.0 | Verified |
| 9 | 03/19/2011 | 24.0 | Verified |
| 10 | 03/20/2011 | 24.0 | Verified |
| 11 | 03/21/2011 | 24.0 | Verified |
| 12 | 03/22/2011 | 23.9 | Verified |
| 13 | 03/23/2011 | 24.0 | Verified |
| 14 | 03/24/2011 | 24.0 | Verified |
| 15 | 03/25/2011 | 24.0 | Verified |
| 16 | 03/26/2011 | 24.0 | Verified |
| 17 | 03/27/2011 | 24.0 | Verified |
| 18 | 03/28/2011 | 24.0 | Verified |
| 19 | 03/29/2011 | 24.0 | Verified |
| 20 | 03/30/2011 | 24.0 | Verified |
| 21 | 03/31/2011 | 24.0 | Verified |
| 22 | 04/01/2011 | 24.0 | Verified |
| 23 | 04/02/2011 | 24.0 | Verified |
| 24 | 04/03/2011 | 24.0 | Verified |
| 25 | 04/04/2011 | 24.0 | Verified |
| 26 | 04/05/2011 | 24.0 | Verified |
| 27 | 04/06/2011 | 24.0 | Verified |
| 28 | 04/07/2011 | 24.0 | Verified |
| 29 | 04/08/2011 | 24.0 | Verified |
| 30 | 04/09/2011 | 24.0 | Verified |
| 31 | 04/10/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.