UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

UNITED STATES OF AMERICA

    -v-

JOHN B. OHLE III, and
WILLIAM E. BRADLEY,

              Defendants.

---------------------------------- x

**FINAL ORDER OF FORFEITURE
AS TO SPECIFIC PROPERTY**

S3 08 CR 1109 (JSR)

WHEREAS, on April 1, 2010, JOHN B. OHLE III (the "defendant") was charged along with co-defendant William E. Bradley in a three-count Superseding Indictment, S3 08 Cr. 1109 (JSR) (the "Indictment"), with a mail fraud, wire fraud and personal income tax fraud conspiracy, in violation of 18 U.S.C. § 371 (Count One), and tax evasion, in violation of 26 U.S.C. § 7201 (Counts Two and Three); and

WHEREAS, the Indictment included a forfeiture allegation providing notice that, as a result of the conspiracy offense charged in Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, including but not limited to the following:

    a.    At least $5,000,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the conspiracy to commit the mail and wire fraud offenses contained in Count One, for which the defendants are jointly and severally liable;

    b.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 837 Royal Street, Unit K, New Orleans, Louisiana 70116, more particularly described

> as a condominium owned and controlled by OHLE and titled in the name of Dalton-Ohle Investment Property Trust (the "Subject Property").

WHEREAS, on or about June 2, 2010, a jury returned a guilty verdict against the defendant on all counts of the Indictment;

WHEREAS, on September 27, 2010, the Court entered a Preliminary Order of Forfeiture and Restraint of Substitute Assets (the "First Preliminary Order of Forfeiture," a copy of which is attached hereto as Exhibit A) as to the defendant John Ohle, related to the proceeds of the "referral fee" fraud;

WHEREAS, on January 10, 2011, the Court entered a Second Preliminary Order of Forfeiture and Restraint of Substitute Assets (the "Second Preliminary Order of Forfeiture," a copy of which is attached hereto as Exhibit B): (1) imposing a money judgment in the amount of $2,699,334 in United States currency against the defendant Ohle, and a money judgment in the amount of $255,000 in United States currency against the defendants Ohle and Bradley jointly and severally, and (2) ordering the forfeiture to the United States of all of Ohle's right, title and interest in properties listed in Schedule A thereto (the "Schedule A Assets");

WHEREAS, on or about January 25, 2011, the United States sent notice by certified mail of the First and Second Preliminary Order of Forfeiture, pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, to Patricia Dalton Ohle, Keane Ohle IV, John D. Ohle IV, John Patrick Ohle, JSJD Trust, and Rick Snyder;

WHEREAS, notice of the Second Preliminary Order of Forfeiture and the intent of the United States to dispose of the Schedule A Assets was published on www.forfeiture.gov, the official U.S. government internet site, beginning on March 11, 2011 and for thirty

consecutive days thereafter, pursuant to Rule G(4)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of publication (a copy of which is attached hereto as Exhibit C) was filed on January 24, 2012;

WHEREAS, on or about January 28, 2011, the defendant was sentenced;

WHEREAS, on or about March 1, 2011, Patricia Dalton Ohle, the Dalton Ohle Investment Property Trust, the JSJD Grantor Trust, Festivus For The Rest Of Us, Inc., and the Museum of Sports History, LLC, (collectively, the "Petitioners") filed pursuant to 21 U.S.C. § 853(n) asserting interests in the Schedule A Assets;

WHEREAS, on or about June 8, 2011, the Court entered a Stipulation and Order in which the parties resolved the petitions filed by the Petitioners (a copy which is attached hereto as Exhibit D);

WHEREAS, no other petitions to contest the forfeiture of the Subject Property have been filed or made in this action, and the statutory time periods, as set forth in Rule G(5)(a)(ii), have expired for doing so;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to 21 U.S.C. § 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Subject Property, and the same is hereby forfeited to the United States for disposition according to law.

2. The United States Treasury Department shall take possession of the Subject Property and dispose of the same according to law, in accordance with 21 U.S.C. § 853(h).

3. The Clerk is hereby directed to send four certified copies of this Order to AUSA Sarah Krissoff, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated:  New York, New York
~~March~~ 5/7/2012

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE