**SANDOR FRANKEL P.C.**
ATTORNEYS AT LAW
230 PARK AVENUE
NEW YORK, N.Y. 10169

SANDOR FRANKEL
M. BREEZE McMENNAMIN

TELEPHONE: (212) 661-5000
TELEFAX: (212) 661-5007

August 29, 2012

Ms. Ruby J. Krajick
Clerk of the Court
U. S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10017-1312

9/7/12

      Re:    *United States of America v. John B. Ohle, III and William Bradley,* 1:08 Cr. 1109-JSR-1 (S.D.N.Y.)

Dear Ms. Krajick:

      My late partner in the firm of Frankel & Abrams (now known as Sandor Frankel, P.C.), Stuart E. Abrams, Esq., represented defendant John B. Ohle in the above-captioned criminal action. Mr. Abrams died on October 13, 2011. Before Mr. Abrams's death, Mr. Ohle was convicted on May 10, 2010, after trial. Mr. Ohle's conviction was affirmed by the U.S. Court of Appeals for the Second Circuit on October 20, 2011, and his criminal case in the Southern District was marked "terminated" as of January 28, 2011. The Second Circuit's Mandate issued on March 6, 2012. *See* Docket No. 222.

      After Mr. Abrams's death, and while this case was still in the Second Circuit, we moved in the Second Circuit to be relieved as counsel for Mr. Ohle. That motion was granted by the Second Circuit on November 28, 2011 (copy of Order enclosed).

      Despite Mr. Abrams's death and our being relieved as counsel, electronic notices in the above-captioned action continue to be sent to Mr. Abrams's email address at sabrams@frankelabrams.com. Since Mr. Abrams is deceased and we have been relieved as counsel by the Second Circuit, please discontinue sending electronic notices in the above-captioned action to Mr. Abrams's email address.

*[handwritten annotation:] The Clerks Office shall turn off notification flag for Stuart E. Abrams, Esq.*

SO ORDERED:

[signature]
U.S.D.J.

Thank you for your attention to this matter.

Yours truly,

*[signature]*

Sandor Frankel


<u>By Federal Express</u>
cc (w/encl.):  Mrs. John B. Ohle, III (by electronic mail)