# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 6 2015

John B. Ohle, III

Petitioner,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

United States of America,

Respondent.

(List the full name(s) of the defendant(s)/respondent(s).)

13 CV 450 (JSR)(AJP)
08 CR 1109 (JSR)

**NOTICE OF APPEAL**

RECEIVED SDNY PRO SE OFFICE
2015 NOV -6  PM 12:19

Notice is hereby given that the following parties: John B. Ohle, III

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: September 9, 2015

(date that judgment or order was entered on docket)

that: denied Petitioner's Motion to Vacate His Criminal Conviction under §2255 and Motion to Obtain His Discovery

(If the appeal is from an order, provide a brief description above of the decision in the order.)

November 5, 2015
Dated

[Signature]
Signature

Ohle, John B.
Name (Last, First, MI)

1940 Chestnut Avenue   Wilmette   IL   60091
Address          City       State  Zip Code

(847) 920-9176
Telephone Number

johnbohle3@yahoo.com
E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL



U.S. POSTAGE
PAID
SLIDELL,LA
70458
NOV 05, 15
AMOUNT
**$19.99**
1007   00100655-16

PRIORITY
★ MAIL
EXPRESS

OUR FASTEST SERVICE I



EL132379566US

ND INTERNATIONAL US
ING LABEL HERE

UNITED STATES POSTAL SERVICE ® | PRIORITY ★ MAIL ★ EXPRESS™

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 224 ) 260-1709
John Ohle
1940 Chestnut Avenue
Wilmette IL 60091

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( 212 ) 805-0175
The Daniel Patrick Moynihan
U.S. Courthouse
Clerk of Court
Attention: Pro Se
500 Pearl Street NY, NY

ZIP + 4® (U.S. ADDRESSES ONLY)
10007 - ____

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
70458 | 11-6-15 | $19.99
Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee
11-5-15 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | $
Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee
2:57 ☐AM ☒PM | $ | $ | $
Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees
lbs.  ozs. | | $ | $ 19.99
Acceptance Employee Initials



DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   3-ADDRESSEE COPY



EP13F July 2013   OD: 12.5 x

PS10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

  

UNITED STATES POSTAL SERVICE.