

# EASTLAND LAW OFFICES, PLLC
## HIRAM EASTLAND

307 Cotton Street  (662) 897 0495
Greenwood, Mississippi 38930  eastlandlaw1@gmail.com

November 17, 2016

Hon. Senior Judge Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



Re: John B. Ohle, III v USA, 08-cr-1109;
Proposed Court Approval for John B. Ohle, III to travel within United States

Judge Rakoff:

Pursuant to the recent chambers conference call, I am writing this letter to propose that you allow John B. Ohle, III to travel within the United States. Mr. Ohle has been on probation for over a year, and the order to allow his travel within the United States would facilitate his travel without the cumbersome and burdensome process of petitioning the Court for Mr. Ohle's business and personal travel.

The Northern District of Illinois recently changed its policy that will now in effect require Mr. Ohle to petition the Court for each travel request. Thus, in accordance with Mr. Ohle's Probation Officer Jennifer Kelly's recent email to Mr. Ohle, we are requesting a "blanket order" allowing Mr. Ohle to travel within the United States (see attached Officer Kelly email).

Respectfully submitted,

/s/ HIRAM C. EASTLAND, JR.
HIRAM C. EASTLAND, JR.
EASTLAND LAW OFFICES, PLLC
COUNSEL FOR JOHN B. OHLE, III

APPROVED:

So ordered.

_____   12/4/16
Hon. Senior Judge Jed S. Rakoff       Date
United States District Judge

# Re: Fwd: Changes to Travel Policy

November 07, 2016 at 11:00 AM

From Jennifer_Kelly@ilnp.uscourts.gov

To John Ohle

Mr. Ohle:

Yes, it does effect your travel. Prior to the recent changes to the policy, my response to your e-mail request was that each request would be made on a case by case basis. Meaning that I would review your payment for the respective month you are requesting travel prior to travel approval. I also advised you and your attorney that if you were not satisfied with that process, you can file a motion with the Cout to request travel or "blanket travel" in which the Court would authorize "unlimited travel" within the U.S.


From: John Ohle <johnbohle3@icloudcom>
To: Jennifer Kelly <jennifer_kelly@ilnp.uscourts.gov>
Cc: Hiram Eastland <eastlandlaw1@gmail.com>
Date: 11/07/2016 10:42 AM
Subject: Fwd: Changes to Travel Policy


Officer Kelly:

Please confirm that the email below does not change or affect my travel.

Thanks,

John Ohle


Begin forwarded message:

From: ers_ens@ao.uscourts.gov
Date: November 7, 2016 at 10:04:28 AM CST
To: johnbohle3@icloudcom
Subject: Changes to Travel Policy


Please do not respond to this message


Important message from US Probation Services, Illinois Northern District


Please be advised that the curent out of district travel policy in

our district has changed.

Any travel request submitted from an individual on supervision with an outstanding financial balance will be denied, egardless if individual is compliant with payment schedule. If travel request is denied, individuals have the option to motion court to request permission to travel. Cases will be reviewed for special circumstances on a case by case basis (i.e., work-related travel, funeral, sick family member).



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2016

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>**United States v. John B. Ohle**</u>
            **08 Cr. 1109 (JSR)**

Dear Judge Rakoff:

      The United States respectfully submits this letter in response to the application of defendant John B. Ohle, III, seeking permission to travel throughout the United States, while on supervised release, without having to secure permission of his Probation office for each instance of interstate travel.

      The United States does not oppose the defendant's application.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

      By:       /s/
             Stanley J. Okula, Jr.
             Special Assistant U.S. Attorney
             Tel.: (212) 637-1585/(202) 514-2839