UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
    UNITED STATES OF AMERICA     :    **FINAL ORDER OF FORFEITURE**

                -v.-     :    S3 08 Cr. 1109 (JSR)

    JOHN B. OHLE III     :

              Defendant.     :
------------------------------------ X

        WHEREAS, on or about November 1, 2024, this Court entered a Third Preliminary Order of Forfeiture as to Substitute Assets (the "Third Substitute Asset Order") (D.E. 293), which ordered the forfeiture to the United States of all right, title and interest of JOHN B. OHLE III (the "Defendant") in the following property:

    a.    Gerald Ford Signed Baseball;

    b.    Deuce McAllister Worn Jersey;

    c.    The History of LSU Basketball book by Joe Planas;

    d.    1987 NCAA West Regional Finals Ticket Stub;

    e.    1967 Topps Football Cards Patriots Team;

    f.    1967 Topps Football Card Bills Team;

    g.    1967 Topps Football Card Oilers Team;

    h.    1967 Topps Football Cards Bronco Team;

    i.    1967 Topps Football Checklist Card Teams;

    j.    1967 Topps Football Cars Charger Team 15 Cards;

    k.    1967 Topps Football Cards Chiefs Team 10 Cards;

    l.    1967 Topps Football Jets Team Card 12 Cards;

    m.    1967 Tops Football Card 10 Dolphins Team Cards;

        n.        1967 Topps Football Cards 13 Raiders Team Cards; and

        o.        1969 Topps Football Joe Namath Card;

(a. through o., collectively, the "Third Substitute Assets");

        WHEREAS, the Third Substitute Asset Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Third Substitute Asset Order, notice of the United States' intent to dispose of the Third Substitute Assets, and the requirement that any person asserting a legal interest in the Third Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Third Substitute Assets and as a substitute for published notice as to those persons so notified;

        WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Third Substitute Assets before the United States can have clear title to the Third Substitute Assets;

        WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Third Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on November 23, 2024 for thirty (30) consecutive days, through December 22, 2024 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 13, 2025 (D.E. 294);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Third Substitute Assets have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest in the Third Substitute Assets; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Third Substitute Assets is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Third Substitute Assets.

3. The United States Department of Treasury (or its designee) shall take possession of the Third Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
   5/14, 2025

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

3